# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KOKOL,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01561-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>(ECF No. 8) |

Plaintiff Edward B. Spencer ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on November 21, 2017. (ECF No. 1.)

On February 1, 2018, Plaintiff filed a letter to the Court requesting that the Court review his complaint and issue an order that the Defendant(s) be served by the United States Marshal Service. The Court construes Plaintiff's letter as a motion for service.

Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. Once the complaint is screened and found to have stated a cognizable claim against any defendant, a copy of the complaint will be sent to Plaintiff with service documents.

1

| | |
|---|---|
| 1 | The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable. Plaintiff's complaint will be screened in due course. |

The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable. Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion for service, (ECF No. 8), is HEREBY DENIED without prejudice, as premature.

IT IS SO ORDERED.

Dated: **February 5, 2018**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE