# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER, | Case No. 1:17-cv-01561-LJO-BAM (PC) |
| Plaintiff, | Appeal No. 18-16261 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| KOKOL, | |
| Defendant. | |

Plaintiff Edward B. Spencer, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2018, the Court dismissed this action, without prejudice, for failure to state a claim upon which relief may be granted. (ECF Nos. 14, 15.) On July 9, 2018, Plaintiff filed a notice of appeal. (ECF No. 16.)

On July 10, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **July 17, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1